DANIEL G. BOGDEN
United States Attorney
District of Nevada
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>                      Plaintiff,              )<br>                                                            )<br>            vs.                                          )<br>                                                            )<br> ALEX BUDEANU,                             )<br>                                                            )<br>                      Defendant.           )<br>                                                            ) | 2:14-CR-0137-KJD-NJK<br><br>**STIPULATION FOR PROTECTIVE ORDER** |

IT IS HEREBY STIPULATED AND AGREED between the parties, Daniel G. Bogden, United States Attorney for the District of Nevada, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States, Julian Gregory, Esq. counsel for defendant ALEX BUDEANU, that this Court issue an Order protecting from disclosure to the public any discovery documents containing the personal identifying and financial identifying information, such as social security numbers, drivers' license numbers, dates of birth, bank account numbers, credit and debit card numbers, and  addresses, of participants, witnesses and victims in this case. Such documents shall be referred to hereinafter as "Protected Documents."  The parties state as follows:

   1. Protected Documents, which will be used by the government in its case-in-chief, include personal identifying information and financial identifying information, such as social

security numbers, drivers' license numbers, dates of birth, bank account numbers, credit and debit card numbers, and addresses, of participants, witnesses, and victims in this case.

    2.    Discovery in this case is voluminous and includes many documents which contain personal and financial identifiers.  Redacting the personal and financial identifiers of participants, witnesses, and victims would prevent the timely disclosure of discovery to defendants.

    3.    The United States agrees to provide Protected Documents without redacting the personal identifiers and financial identifiers of participants, witnesses, and victims.

    4.    Access to Protected Documents will be restricted to persons authorized by the Court, namely defendant, attorney(s) of record and attorneys' paralegals, investigators, experts, and secretaries employed by the attorney(s) of record and performing on behalf of defendant.

    5.    The following restrictions will be placed on defendant, defendant's attorney(s) and the above-designated individuals unless and until further ordered by the Court.  Defendants, defendant's attorneys and the above-designated individuals shall not:

        a.    make copies for, or allow copies of any kind to be made, by any other person of Protected Documents;

        b.    allow any other person to read Protected Documents; and

        c.    use Protected Documents for any other purpose other than preparing to defend against the charges in the Indictment or any further superseding indictments arising out of this case.

    6.    Defendant's attorney(s) shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

    7.    The requested restrictions shall not restrict the use or introduction as evidence of discovery documents containing personal identifying and financial identifying information, such

as social security numbers, drivers' license numbers, dates of birth, bank account numbers, credit and debit card numbers, and addresses, of participants, witnesses and victims during the trial of this matter.

      8.    Upon conclusion of this action, defendant's attorney(s) shall return to government counsel or destroy and certify to government counsel the destruction of all discovery documents containing personal identifying and financial identifying information such as social security numbers, drivers' license numbers, dates of birth, bank account numbers, credit and debit card numbers, and addresses, within a reasonable time, not to exceed thirty days after the last appeal is final.

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn                March 23, 2015
KIMBERLY M. FRAYN             DATE
Assistant United States Attorney

/s/ Julian Gregory, Esq.                March 23, 2015
JULIAN GREGORY, ESQ.            DATE
Counsel for defendant
ALEX BUDEANU

ORDER
IT IS SO ORDERED this 24th day of March 2015.

_____
UNITED STATES MAGISTRATE JUDGE

3